IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALHAJI SARR-DAFEE, )<br>)<br>Petitioner, )<br>v. )<br>)<br>ROBERT GILMORE, Warden of )<br>SCI-Greene, and PENNSYLVANIA )<br>ATTORNEY GENERAL'S OFFICE )<br>)<br>Respondents. ) | Civil Action No. 23-1357 |

## MEMORANDUM ORDER

Alhaji Sarr-Dafee (Petitioner) has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The case was referred to Magistrate Judge Cynthia Reed Eddy in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Magistrate Judge Eddy issued a Report and Recommendation, filed August 1, 2023, recommending that Petitioner's action be transferred to the United States District Court for the Eastern District of Pennsylvania. ECF No. 12. Objections to the Report and Recommendation were due by August 21, 2023. Petitioner has not filed Objections.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of September 2023,

IT IS ORDERED that the Report and Recommendation, ECF No. 12, filed on August 1 26, 2023, by Magistrate Judge Eddy, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court hereby transfer this case forthwith to the United States District Court for the Eastern District of Pennsylvania, where Petitioner's state criminal trial was held.

The Clerk of Court shall mark this case CLOSED.

_s/*Marilyn J. Horan*  
Marilyn J. Horan  
United States District Court Judge

cc:   Alhaji Sarr-Dafee, pro se  
     LU-3192  
     SCI-Greene  
     175 Progress Drive  
     Waynesburg, PA 15370